JOSEPH SCHWARTZ, as Administrator, etc., of ADELE SCHWARTZ, Deceased, Respondent, v. C. R. MACAULEY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.